UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, | ) | NO. CR13-5408BHS |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER GRANTING UNOPPOSED MOTION TO FILE A MOTION TO SUPPRESS EVIDENCE IN EXCESS OF 12 PAGES |
| NOE LUJANO-BENITEZ, | ) | |
| Defendant. | ) | |

Upon the unopposed motion of the Defense to file a motion in excess of the 12-page limitation imposed by Rule CrR 12(c)(6) of the Rules of the United States District Court for the Western District of Washington,

IT IS HEREBY ORDERED that leave of court is hereby granted for the defendant to file a Motion to Suppress Evidence not to exceed 20 pages.

IT IS SO ORDERED this 30th day of October, 2013.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

*s/ Miriam Schwartz*
Miriam Schwartz
Attorney for Defendant

ORDER GRANTING DEFENSE MOTION
TO FILE OVERLENGTH BRIEF -1
*USA v. Lujano-Benitez / CR*13-5408BHS

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Suite 400
Tacoma, Washington  98402
(253) 593-6710