UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                            )<br>                        Plaintiff,            )<br>                                                            )<br>            vs.                                        )<br>                                                            )<br>NOE LUJANO-BENITEZ,                  )<br>                                                            )<br>                        Defendant.        )<br>_____) | NO. CR13-5408BHS<br><br>ORDER SEALING EXHIBITS |

The Court having considered the Motion for Order Sealing Exhibits to Defendant's Motion and Memorandum in Support of Motion to Suppress, NOW THEREFORE,

IT IS HEREBY ORDERED that Exhibits 2, 3, and 4 to Defendant's Motion and Memorandum in Support of Motion to Suppress are to be sealed.

DONE this 30th day of October, 2013.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

s/ *Miriam Schwartz*
Miriam Schwartz
Attorney for Defendant

ORDER SEALING – page 1

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway , Suite 400**
**Tacoma, Washington  98402**
**(253) 593-6710**